**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In the Interest of N.J.H., A Child

Appellate case number:    01-18-00564-CV

Trial court case number:  2017-03606J

Trial court:                      314th District Court of Harris County

We withdraw our opinion and judgment issued on November 20, 2018. *See* TEX. R. APP. P. 19.1. We reinstate the appeal and place it on the submitted docket, with a new opinion and judgment to be issued at a later date.

It is so ORDERED.

Judge's signature: ___/s/ Sherry Radack_____
                            ☒ Acting individually    ☐ Acting for the Court

Date:   _December 10, 2018__